IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARL BASS, | ) | 8:11CV146 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| ROBERTS DAIRY, Company, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion to Continue Deposition (filing no. 21) and Defendant's Motion to Amend Order (filing no. 23). For good cause shown, both Motions are granted and the deadlines for progression of this matter are modified as set forth below.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Continue Deposition (filing no. 21) and Defendant's Motion to Amend Order (filing no. 23) are granted. This matter is progressed as follows.

2. All depositions, whether or not they are intended to be used at trial, shall be completed by **May 21, 2012**.

3. Motions to compel discovery shall be filed on or before **May 21, 2012**. The parties must comply with the provisions of NECivR 7.0.1 before filing a motion to compel.

4. All dispositive motions shall be filed on or before **June 22, 2012**. The parties must comply with the provisions of NECivR 7.0.1 and NECivR 56.1 when filing summary judgment motions.

5.     Pretrial Conference.

    a.     Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the plaintiff and to any other parties by **August 3, 2012**. The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **August 17, 2012**. Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **August 31, 2012**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

    b.     The Final Pretrial Conference will be held before the Magistrate Judge on **September 6, 2012, at 10:00 a.m.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

    c.     If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

6.     The trial date will be set by the Magistrate Judge at the time of the Final

Pretrial Conference.

    DATED this 24th day of April, 2012.

                              BY THE COURT:

                              s/ *Cheryl R. Zwart*
                              United State Magistrate Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.