# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CARL BASS,** | ) | **CASE NO. 8:11CV146** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **ROBERTS DAIRY COMPANY, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motions to Compel. (Filing Nos. 24 and 30.) Defendant filed its Motion for Summary Judgment (Filing No. 37), Brief in Support (Filing No. 39), and Index of Evidence (Filing No. 38) on June 22, 2012. The court has carefully reviewed these documents. Defendant does not assert that any of the requested discovery impacts or otherwise affects the pending Motion for Summary Judgment. As such, they are denied as moot without prejudice to reassertion after the Motion for Summary Judgment is resolved.

IT IS THEREFORE ORDERED that: Defendant's Motions to Compel (Filing Nos. 24 and 30) are denied without prejudice to reassertion after the resolution of the pending Motion for Summary Judgment.

DATED this 12th day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge