IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CARL BASS,** | CASE NO. 8:11CV146 |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| **ROBERTS DAIRY COMPANY, LLC,** | |
| Defendant. | |

This matter is before the court on Defendant's Motion to Continue Pretrial Order Deadlines. (Filing No. 41.) In its Motion, Defendant requests that the Final Pretrial Conference, and all associated dates, be postponed until after the resolution of the pending Motion for Summary Judgment. (*Id.*) For good cause shown, the Motion is granted.

IT IS THEREFORE ORDERED that:

1. Defendant's Motion to Continue Pretrial Order Deadlines (Filing No. 41) is granted;

2. The Final Pretrial Conference, scheduled for September 6, 2012, at 10:00 a.m., is cancelled. The parties are also relieved from all obligations relating to preparation of the Order on Final Pretrial Conference, pending resolution of Defendant's Motion for Summary Judgment; and

3. The Clerk of the court is directed to send a copy of this Memorandum and Order to Magistrate Judge Zwart.

DATED this 19th day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.